IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

JAEVON NAKITA EVANS,

    Plaintiff,

v.                                       Civil Action No. 3:19CV498

DAVID HACKWORTH, et al.,

    Defendants.

**MEMORANDUM OPINION**

Jaevon Nakita Evans, a Virginia inmate proceeding pro se filed this civil action but failed to provide a statement of his claim. By Memorandum Order entered on July 12, 2019, the Court directed the Clerk to mail a 42 U.S.C. § 1983 complaint form to Evans and ordered Evans to complete and return the form within fourteen (14) days.

On July 30, 2019, the United States Postal Service returned the July 12, 2019 Memorandum Order marked, "RETURN TO SENDER" and "NO LONGER AT THIS ADDRESS." Since that date, Evans has not contacted the Court to provide a current address. Evans's failure to contact the Court and provide a current address indicates his lack of interest in prosecuting this action. See Fed. R. Civ. P. 41(b). Accordingly, the action will be dismissed without prejudice.

The Clerk is directed to send a copy of this Memorandum Opinion to Evans.

It is so ORDERED.

/s/ REP
Robert E. Payne
Senior United States District Judge

Date: September 4, 2019
Richmond, Virginia